IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KIMBERLY S. VANDEVEER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 15-cv-1146-MJR-PMF |
| | ) |
| **FAMILY DOLLAR, INC., and** | ) |
| **FAMILY DOLLAR STORES OF** | ) |
| **INDIANA, L.P.,** | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM AND ORDER

**REAGAN, Chief Judge:**

On October 15, 2015, Kimberly Vanderveer (through counsel) filed suit in this Court against two defendants – Family Dollar, Inc. and Family Dollar Stores of Indiana, L.P. (collectively "Family Dollar") – asserting claims under two federal statutes, the Americans with Disabilities Act (as amended) and the Family Medical Leave Act. More specifically, Vanderveer alleged that while employed by Family Dollar she was discriminated against on the basis of a disability, deprived of medical leave to which she was entitled, and wrongfully terminated in retaliation for exercising protected rights.

The undersigned enjoys subject matter jurisdiction under the federal question statute, 28 U.S.C. 1331. Now before the Court is a motion to stay the case filed by Plaintiff Vanderveer on November 4, 2015. The motion informs the Court that Family Dollar's corporate counsel advised Plaintiff's counsel of an arbitration policy, that

"Plaintiff's claims appear to be subject to Defendant's arbitration policy," that "Plaintiff intends to pursue her claims through the arbitration process," and that "the parties wish to stay this proceeding until the ADR process is completed" (Doc. 7, p. 1).

Finding good cause, the Court **GRANTS** Plaintiff's motion to stay (Doc. 7), **STAYS** this case so that the parties may pursue the arbitration process, and **DIRECTS** Plaintiff's counsel to file status reports on the arbitration proceedings on **April 11, 2016, August 11, 2016, and December 11, 2016.** If the arbitration proceedings are concluded in the interim, Plaintiff's counsel shall immediately advise the Court of same and state counsel's intent as to dismissal of (or proceeding with) the above-captioned civil case.

IT IS SO ORDERED.

DATED November 11, 2015.

**s/ Michael J. Reagan**
Michael J. Reagan
Chief Judge
United States District Court